UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

DESMOND DYKE,

                              Plaintiff,

         -against-                            Case No. 1:16-cv-02540-RER

T. ROWE PRICE RETIREMENT PLAN
SERVICES, INC.,

                              Defendant.

-------------------------------------------------------------x

## JOINT STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, by and between Plaintiff Desmond Dyke and Defendant T. Rowe Price Retirement Plan Services, Inc., who authorize their counsel to enter into this stipulation, that this action is dismissed with prejudice and with no award of costs or fees to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,.

Dated: November 21, 2016

                              Respectfully submitted,

By:  */s/ Charles F. Seemann III*              By:  [signature]
      Charles F. Seemann III, Esq.                  Raymond Ragues, Esq.
      JACKSON LEWIS P.C.                          RAGUES PLLC
      650 Poydras Street, Suite 1900             33 West 19th Street, 4th Floor
      New Orleans, Louisiana 70130              New York, New York 10011
      Telephone: (504) 208-1755                   Telephone: (212) 766-1100
      *ATTORNEYS FOR DEFENDANT*            *ATTORNEYS FOR PLAINTIFF*

               SO ORDERED on this <u>28th</u> day of <u>  November  </u>, 2016

                        /s/Ramon E. Reyes, Jr.
                        United States Magistrate Judge